Argued and submitted October 21, affirmed December 11, 1991, appellant's notice of appeal to the Supreme Court, of the Court of Appeals order denying his motion to file a supplemental brief dated January 23, 1992, treated as a petition for review and denied February 25, 1992 (312 Or 676)

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT ARDELL BUSS,
*Appellant.*

(C891390CR; CA A67867)

821 P2d 441

Zack M. Lorts, Oregon City, argued the cause and filed the brief for appellant.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for manufacturing, delivery and possession of controlled substances. ORS 475.992; ORS 163.575. The evidence was obtained in a search of the premises where defendant was staying. He contends that the court erred in denying his motion to controvert a search warrant affidavit and his motion to suppress the evidence seized.

Several police officers arrived with a search warrant at the residence where defendant was. Before they began any search, they obtained the consent of Muth, who owned and resided on the premises. At oral argument, defendant's counsel agreed that, if the consent to search was valid, the validity of the search warrant need not be addressed.

The trial court made findings that defendant does not contest and concluded that Muth's consent was voluntary. We agree with that conclusion.

Affirmed.